**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 14-cv-2668-WJM-KLM

LATIKA SONEJA

    Plaintiff,

v.

ROCKY MOUNTAIN FERTILITY CENTER PC

    Defendant.

---

**ORDER GRANTING MOTION TO DISMISS**

---

This matter comes before the Court on the Defendant's Motion to Dismiss, filed July 17, 2015 (ECF No. 26) and the responding Status Report indicating that Defendant's Motion to Dismiss is unopposed. (ECF No. 28). The Court having reviewed the Motion and the Status Report and being fully advised hereby ORDERS as follows:

Defendant's Unopposed Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 21st day of July, 2015.

                                  BY THE COURT:

                                  William J. Martínez
                                  United States District Judge